IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CMA LIVE EVENTS                                                                                   PLAINTIFF

V.                                            4:23CV000736 JM

APA (I.E. INDEPENDENT ARTIST GROUP);
LEVITY ENTERTAINMENT GROUP;
RICKEY SMILEY                                                                                    DEFENDANTS

## ORDER OF DISMISSAL

Pending is the motion to dismiss the case with prejudice. The motion (ECF No. 76) is GRANTED. The case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 17th day of June, 2024.

_____
James M. Moody Jr.
United States District Judge